**METRO–GOLDWYN–MAYER STUDIOS, INC.; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios LLP, f/k/a Universal City Studios, Inc.; New Line Cinema Corporation; Time Warner Entertainment Company, LP; Atlantic Recording Corporation; Atlantic Rhino Ventures, Inc., d/b/a Rhino Entertainment, Inc.; Elektra Entertainment Group, Inc.; London–Sire Records, Inc., LP; Warner Brothers Records, Inc.; WEA International Inc.; Warner Music Latina, Inc., f/k/a WEA Latina, Inc.; Arista Records, Inc.; Bad Boy Records; Capitol Records, Inc.; Hollywood Records, Inc.; Interscope Records; Laface Records; Motown Record Company; RCA Records Label, a unit of BMG Music d/b/a BMG Entertainment; Sony Music Entertainment, Inc.; UMG Record-**

ings, Inc.; Virgin Records America, Inc.; Walt Disney Records, a division of ABC, Inc.; Zomba Recording Corp., Plaintiffs–Appellants,

v.

GROKSTER LTD.; Streamcast Networks, Inc., f/k/a Musiccity.Com, Inc., Defendants–Appellees,

and

Sharman Networks Limited; Lef Interactive Pty Ltd., Defendants.

Jerry Leiber, individually d/b/a Jerry Leiber Music; Mike Stoller, individually and d/b/a Mike Stoller Music; Peer International Corporation, Peer Music Ltd., Songs of Peer Ltd.; Criterion Music Corporation; Famous Music Corporation, Bruin Music Company; Ensign Music Corporation; and Let's Talk Shop, Inc., d/b/a Beau–DI-O–DO Music, on behalf of themselves and all other similarly situated, Plaintiffs–Appellants,

v.

Consumer Empowerment BV, aka Fasttrack; Sharman Networks Limited; Lef Interactive Pty Ltd., Defendants,

and

Grokster Ltd.; Streamcast Networks, Inc., f/k/a Musiccity.Com, Inc., Defendants–Appellees.

Metro–Goldwyn–Mayer Studios, Inc.; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Paramount Pictures Corporation; Twentieth Century Fox Film Corporation; Universal City Studios LLP, f/k/a Universal City Studios, Inc.; New Line Cinema Corporation; Time Warner Entertainment Company, LP; Atlantic Recording Corporation; Atlantic

Rhino Ventures, Inc., d/b/a Rhino Entertainment, Inc.; Elektra Entertainment Group, Inc.; London–Sire Records, Inc., LP; Warner Brothers Records, Inc.; WEA International Inc.; Warner Music Latina, Inc., f/k/a WEA Latina, Inc.; Arista Records, Inc.; Bad Boy Records; Capitol Records, Inc.; Hollywood Records, Inc.; Interscope Records; Laface Records; Motown Record Company; RCA Records Label, a unit of BMG Music d/b/a BMG Entertainment; Sony Music Entertainment, Inc.; UMG Recordings, Inc.; Virgin Records America, Inc.; Walt Disney Records, a division of ABC, Inc.; Zomba Recording Corp., Plaintiffs–Appellants,

v.

Grokster Ltd.; Streamcast Networks, Inc., f/k/a Musiccity.Com, Inc., Defendants–Appellees.

Nos. 03–55894, 03–55901, 03–56236.

United States Court of Appeals, Ninth Circuit.

Aug. 15, 2005.

Russell J. Frackman and George M. Borkowski, Mitchell Silberberg, et al., LLP, Los Angeles, CA, for plaintiffs-appellants Metro–Goldwyn–Mayer Studios, Bad Boy Records, Capitol Records, Inc., Hollywood Records, Inc., Interscope Records, Laface Records, Motown Record Co., RCA Records Label, Sony Music Entertainment, Inc., UMG Recordings, Inc., Virgin Records America, Inc., Walt Disney Records, Inc., and Zomba Recording Corp.

Thomas G. Hentoff, David E. Kendall, Williams & Connolly, Washington, DC, for plaintiffs-appellants Metro–Goldwyn–Mayer Studios, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox

Film Corp., and Universal City Studios, LLP.

Robert M. Schwartz, O'Melveny & Myers, LLP, Los Angeles, CA, for Newline Cinema Corp., Time Warner Entertainment Co., Atlantic Recording Corp., Atlantic Rhino Ventures, Inc., Elektra Entertainment Group, Inc., London–Sire Records, Inc., LP, Warner Brothers Records, Inc., WEA International, Inc., Warner Music Latina, Inc., and Arista Records, Inc.

Kelli L. Sager, Andrew J. Thomas, and Jeffrey H. Blum, Davis, Wright, Tremaine, LLP, Los Angeles, CA; Carey R. Ramos, Aidan Synnott, Theodore K. Cheng, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, New York, NY, for plaintiffs-appellants Jerry Leiber, Mike Stoller, Peer International Corp., Peer Music Ltd., Songs of Peer Ltd., Criterion Music Corp., Famous Music Corp., Bruin Music Co., Ensign Music Corp, and Let's Talk Shop, Inc.

Mark Lemley and Michael H. Page, Keker & Van Nest, San Francisco, CA; Jennifer Stisa Granick, Stanford Law School, Stanford, CA, for defendant-appellee Grokster Ltd.

Cindy A. Cohn and Fred von Lohmann, Electronic Frontier Foundation, San Francisco, CA; Charles S. Baker, Munsch, Hardt, Kopf & Harr, P.C., Austin, TX, for defendant-appellee StreamCast Networks, Inc.

Hank L. Goldsmith, Proskauer, Rose LLP, Los Angeles, CA, for amici Bureau International des Societes Gerant Les Droits D'enregistrement et de Reproduction Mecanique, et al.

John M. Genga, Paul, Hastings, Janofsky & Walker LLP, Los Angeles, CA, for amici Law Professors and Treatise Authors Neil Boorstyn, Jay Dougherty, James Gibson, Robert Gorman, Hugh Hansen, Douglas Lichtman, Roger Milgrim, Arthur Miller, and Eric Schwartz.

Ian C. Ballon, Manatt, Phelps & Phillips, LLP, Los Angeles, CA, for amici American Film Marketing Association, et al.

Jeff G. Knowles, Coblentz, Patch, Duffy & Bass, San Francisco, CA, for amici American Federation of Musicians, et al.

Alan Malasky, Porter, Wright, Morris & Arthur, LLP; Washington, DC, for amici National Association of Recording Merchandisers, Inc.

Matthew S. Steinberg, Greenberg Traurig, LLP, Santa Monica, CA, for amici National Academy of Recording Arts & Sciences, Inc.

Jennifer M. Urban, Samuelson Law, Technology and Public Policy Clinic, University of California at Berkeley School of Law, Berkeley, CA, for amici 40 Intellectual Property and Technology Law Professors.

Jason M. Mahler, Washington, D.C., for amicus Computer & Communications Industry Association, Netcoalition Industry Association.

Christopher A. Hansen, ACLU Foundation, New York, NY, for amici American Civil Liberties Union, et al.

Roderick G. Dorman, Hennigan, Bennett & Dorman, LLP, Los Angeles, CA, for amicus Sharman Networks Ltd.

Before BOOCHEVER, NOONAN, and THOMAS, Circuit Judges.

### ORDER

In conformance with the mandate of the Supreme Court, we remand this case to the district court for further proceedings consistent with the opinion of the United States Supreme Court. *See Metro–*

*Goldwyn–Mayer Studios Inc. v. Grokster, Ltd.,* —— U.S. ——, 125 S.Ct. 2764, 162 L.Ed.2d 781 (2005).